# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Mark Dwain Wright<br>*Defendant* | )<br>) **UNDER SEAL**<br>)<br>) Case No. 2:23mj 216<br>)<br>) |

**FILED**
OCT 2 4 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 16, 2018, and November 12, 2020, in the Eastern District of Virginia, and elsewhere, the defendant violated:

*Code Section(s)*                                    *Offense Description(s)*

Counts One and Two:
18 U.S.C. § 2252(a)(2)          Receipt of Images of Minors Engaging in Sexually Explicit Conduct

And on or about May 31, 2023, in the Eastern District of Virginia, and elsewhere, the defendant violated:

*Code Section(s)*                                    *Offense Description(s)*

Count Three:
18 U.S.C. § 2252(a)(4)((B)       Possession of Images of Minors Engaging in Sexually Explicit Conduct

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*/s/ Kristen S. Taylor*
Kristen S. Taylor
Assistant United States Attorney

☒ Continued on the attached sheet.

*/s/ Jason*
*Complainant's signature*

Special Agent Jason Brumbelow, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 24, 2023

City and state: Norfolk, VA

*/s/ Judge*
*Judge's signature*

ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*